UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>**RAUL SANTOS-SABERO**<br><br>                 Defendant. | CASE NO.:  25CR0592-WQH<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the Motion to Continue the Motion Hearing/Trial Setting is granted (ECF No. 19). The Motion Hearing/Trial Setting is continued from April 7, 2025, to April 28, 2025, at 9:00 a.m. It is further ordered that, for the reasons stated in the Motion to Continue, time is excluded from the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(A).

Dated:  April 4, 2025

Hon. William Q. Hayes
United States District Court